UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CELGENE CORPORATION,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 02-2277 (RBW) |
| **JAMES E. ROGAN,** | ) ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

This matter is before the Court on the federal defendant's Opposed Motion for An 60-Day Stay of All Proceedings [#25]. The parties appeared before the Court on January 24, 2003, to present oral argument regarding this motion. In light of the pleadings and the parties' arguments, it is hereby

**ORDERED** that the defendant's motion for a stay is granted. It is further

**ORDERED** that this matter shall be stayed until March 3, 2003. It is further

**ORDERED** that the defendant must notify the Court and the plaintiff ten days prior to taking any action regarding patent application No. 10/166,539 (the "539 Application"), specifically any intention to issue a Notice of Allowance. It is further

**ORDERED** that a further status conference will be held in this matter on March 3, 2003, at 9:00 a.m.

**SO ORDERED** on this 24th day of January, 2003.

                REGGIE B. WALTON
                United States District Judge