# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CELGENE CORPORATION, | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | **Civil Action No. 02-2277 (RBW)** |
|  | ) | |
| JAMES E. ROGAN, | ) | |
|  | ) | |
| Defendant. | ) | |

### ORDER ADMITTING STEPHEN S. RABINOWITZ *PRO HAC VICE*

It appearing to the Court that Stephen S. Rabinowitz, attorney-at-law, states by declaration that he meets the requirements for admission *Pro Hac Vice* in this case and he is in good standing to practice in the State of New York,

IT IS HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Stephen S. Rabinowitz to appear in the United States District Court for the District of Columbia in the above captioned case is hereby granted.

**SO ORDERED** on this 24th day of January, 2003.

REGGIE B. WALTON
United States District Judge