UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CELGENE CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>JAMES E. ROGAN and<br>ENTREMED, INC.,<br><br>      Defendants. | Case Number: 1:02CV02277 (RBW)<br><br>**NOTICE OF DISMISSAL** |

  Pursuant to Fed. R. Civ. P. 41(a)(1)(i), the within action is hereby dismissed without prejudice.

Dated: Washington, D.C.
   February 25, 2003

                PENNIE & EDMONDS LLP

                By _[signature]_
                  James W. Dabney (NY0036)

Stephen R. Rabinowitz         1667 K Street N.W., Suite 1000
Carl P. Bretscher           Washington, D.C. 20006
Max Bachrach            (202) 496-4400

  Of Counsel            Attorneys for Plaintiff

NY2 - 1403068.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing NOTICE OF DISMISSAL was served this 25th day of February 2003 upon the following persons by electronically filing the aforesaid document with the Court, in accordance with the Court's Electronic Case Filing Order, and by serving courtesy copies upon the Court and the party by electronic mail:

>David J. Ball
>Assistant United States Attorney
>Judiciary Center Building, Room 10-114
>555 Fourth Street, N.W.
>Washington, D.C. 20530
>Telephone number: 202-307-0299
>E-mail address: david.ball@usdoj.gov
>
>*Attorney for James E. Rogan*

_____